DANIEL G. BOGDEN
United States Attorney
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY HALGAT,<br><br>　　　　　　　Defendant. | 2:13-cr-00241-APG-VCF<br><br>UNOPPOSED MOTION TO WITHDRAW GOVERNMENT'S MOTION TO STRIKE OR ALTERNATIVELY CONTINUE RESPONSE DEADLINE TO THE MOTION TO DISMISS (Doc. #59) |

　　　COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Andrew W. Duncan and Cristina D. Silva, Assistant United States Attorneys, and respectfully files this *Motion to Withdraw* its motion to strike, or alternatively continue the response deadline, defendant's *Motion for Leave to File Supplement in Support of Motion to Dismiss for Outrageous Government Conduct and/or Pursuant to the Court's Supervisory Powers* (Doc. #94) and the *Supplement* corresponding thereto (Doc. #93), which was filed by the undersigned attorneys on June 5, 2014.

　　　The Government respectfully requests that this Court grant the unopposed motion to withdraw the Government's motion to strike (Doc. #96). The parties have agreed and stipulated to resetting of the Government's response to defendant's *Motion to Dismiss for Outrageous*

1

*Government Conduct and/or Pursuant to the Court's Supervisory Powers* (Doc. #59) and the *Supplement* (Doc. #93).  *See* Doc. #97, Stipulation.  Given the parties have agreed to continuing the response and reply deadlines to the Motion to Dismiss, the Government has no objection to the Court granting defendant's motion for leave to file the supplement.[1]

Based on the foregoing the Government respectfully requests that this Court grant its unopposed *Motion to Withdraw* the Government's motion to strike, or alternatively, continue the response deadline to defendant's motion to dismiss (Doc. #96).

DATED this 6th day of June, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/*
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorneys

---

[1] The Government is not conceding that the supplement will appropriately filed, and will object to the supplement in its response to the motion to dismiss. However, for judicial efficiency, the Government has no objection to the Court granting defendant's motion for leave.

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,            )   Case No. 2:13-cr-00241-APG-VCF
                                     )
            Plaintiff,                )   ORDER
                                     )
   vs.                                )
                                     )
JEREMY HALGAT,                       )
                                     )
            Defendant.                )

The Court, finding good cause, and based on upon the unopposed nature of this motion, together with the pending stipulation to reset the response and reply deadlines to Defendant's *Motion to Dismiss,* the Court hereby:

_____Grants_____ (Grants/Denies) the *Unopposed Motion to Withdraw* the Government's motion to strike or alternatively continue the response deadline to defendant's motion to dismiss (Doc. #96).

Dated this 6th day of June, 2014.

_____
HONORABLE ~~V.~~ CAM FERENBACH
United States Magistrate Judge

IT IS FURTHER ORDERED that Defendant Halgat's Motion for Leave to File Supplement (#94) is GRANTED.