**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00241-APG-VCF |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING** |
| JEREMY HALGAT, | (Dkt. #76) |
| Defendant. | |

   IT IS ORDERED that oral argument on the Government's appeal from the Magistrate Judge's Order compelling disclosure of the CI file, the CI's cell phone, and the case agents' cell phones and cell phone records (Dkt. #76) will be held **on Thursday, September 17, 2015 on a stacked calendar at 2:00 p.m. at the Thomas & Mack Moot Court Room at UNLV's Boyd School of Law**.

   DATED this 2nd day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE